

# Fourth Court of Appeals
## San Antonio, Texas

May 12, 2016

No. 04-15-00052-CV

Billy C. **WHITFIELD** and Carolyn Whitfield,
Appellants

v.

Charles Thomas **ONDREJ**, et al.,
Appellees

From the 81st Judicial District Court, Karnes County, Texas
Trial Court No. 12-10-00231-CVK
Honorable Stella Saxon, Judge Presiding

# O R D E R

The appellees' second motion for extension of time to file brief is hereby GRANTED. The appellees' brief is due on or before July 1, 2016. No further extensions of time will be granted absent extraordinary circumstances.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of May, 2016.

_____
Keith E. Hottle
Clerk of Court